IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Phillip Glymph, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 1:11-cv-1436-RMG |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Warden, Turbeville Correctional Institution, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

Petitioner has moved for an extension of time to file objections to the Report and Recommendation filed May 8, 2012 (Dkt. No. 28). Petitioner's deadline was originally May 25, 2012. Petitioner appears to have mistakenly believed that his original deadline was June 30, 2012 and has asked for an extension of time until July 30, 2012 to file his objections. The Court construes Petitioner's motion as a request for a 30-day extension and hereby extends Petitioner's time to file objections to the Magistrate Judge's Report and Recommendation until June 30, 2012.

Petitioner has also requested that the Court provide him with copies of various cases. (Dkt. No. 28-1). The Court is not a position to provide Petitioner with copies of cases and hereby denies Petitioner's request.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

May 29, 2012
Charleston, South Carolina